| | |
|---|---|
| 1 | IAN N. FEINBERG (SBN 88324) |
| | ifeinberg@feinday.com |
| 2 | M. ELIZABETH DAY (SBN 177125) |
| | eday@feinday.com |
| 3 | DAVID ALBERTI (SBN 220625) |
| | dalberti@feinday.com |
| 4 | MARC BELLOLI (SBN 244290) |
| | mbelloli@feinday.com |
| 5 | **FEINBERG DAY ALBERTI & THOMPSON LLP** |
| | 401 Florence Street, Suite 200 |
| 6 | Palo Alto, CA 94301 |
| | Telephone: 650.618.4360 |
| 7 | Facsimile: 650.618.4368 |
| 8 | Attorneys for Plaintiff |
| | TALON RESEARCH, LLC |

FILED ADR

SEP 28 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 11-04819 LB

| | |
|---|---|
| TALON RESEARCH, LLC, | CASE NO. |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA, INC.; TOSHIBA CORPORATION, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

Plaintiff Talon Research, LLC ("Talon Research") complains and alleges as follows against Defendants Toshiba America Electronic Components, Inc. ("TAEC"), Toshiba America, Inc. ("Toshiba America") and Toshiba Corporation ("Toshiba Corp.") (collectively, "the Toshiba Defendants"):

## THE PARTIES

1. Talon Research is a limited liability company organized and existing under the laws of the Delaware with its principal place of business at 4455 Camp Bowie Blvd., #74, Fort Worth, Texas 76107.

2. Talon Research is informed and believes that TAEC is a corporation organized and

existing under the laws of the State of California with its principal place of business at 19900 MacArthur Blvd., Suite 400, Irvine, California 92612. Talon Research is further informed and believes that TAEC maintains offices at 2590 Orchard Parkway, San Jose, California 95131.

3. Talon Research is informed and believes that Toshiba America is a corporation organized and existing under the laws of the State of Delaware with its principal place of business at 1251 Avenue of the Americas, New York, New York 10020.

4. Talon is informed and believes that Toshiba Corp. is a corporation organized and existing under the laws of Japan with its principal place of business at 1-1, Shibaura 1-chome, Minato-ku, Tokyo 105-8001, Japan.

## JURISDICTION AND VENUE

5. This is an action for patent infringement arising under the patent laws of the United States, United States Code, 35 U.S.C. § 271 et seq. This Court has subject matter jurisdiction over this action under Title 28 United States Code, §§ 1331 and 1338.

6. Talon Research is informed and believes that this Court has personal jurisdiction over the Toshiba Defendants because TAEC's headquarters is located in Irvine, California, TAEC maintains offices in San Jose, California and because the Toshiba Defendants have committed, and continue to commit, acts of infringement in California, including in this district. Talon Research is informed and believes that TAEC and Toshiba America also maintain a registered agent in California, namely CT Corporation System, 818 West Seventh Street, Los Angeles, California 90017. Talon Research is further informed and believes that Toshiba America has commenced at last two patent infringement actions in this district and that Toshiba Corp. has commenced at least nine patent infringement actions in this district.

7. Venue is proper under 28 U.S.C. §§ 1391 and 1400 because the Toshiba Defendants have committed acts of infringement in this district.

## INTRADISTRICT ASSIGNMENT

8. Pursuant to Local Rule 3-2(c), this case is subject to district-wide assignment because it is an Intellectual Property Action.

///

## THE PATENTS

9. On December 3, 1996, the USPTO duly and legally issued United States Patent No. 5,581,498 ("the '498 Patent"), entitled "Stack Of IC Chips In Lieu Of Single IC Chip." Talon Research holds all right, title, and interest in and to the '498 Patent. A true and correct copy of the '498 Patent is attached as Exhibit A.

10. On September 28, 2004, the USPTO duly and legally issued United States Patent No. 6,799,246 ("the '246 Patent"), entitled "Memory Interface For Reading/Writing Data From/To A Memory." Talon Research holds all right, title, and interest in and to the '246 Patent. A true and correct copy of the '893 Patent is attached as Exhibit B.

## FIRST CLAIM FOR RELIEF

### (Infringement of the '498 patent as to TAEC)

11. Talon Research incorporates by reference herein the averments set forth in paragraphs 1 through 10 above.

12. Talon Research is informed and believes that TAEC has and continues to infringe directly one or more claims of the '498 Patent by making, using, offering for sale, selling and/or importing the inventions covered by at least claim 9 of the '498 patent, at least by selling certain multi-chip package ("MCP") or similar memory products, including, without limitation, eMMC MCP memory products comprising one or more NAND dies and a controller in a stacked configuration, e.g. THGBM2G8D8FBAI8, THGBM2G9D8FBAIF, THGBM2T0DBFBAIF, THGBM4G8D4GBAIE, THGBM4G9D8GBAIJ and THGBM4T0DBGBAIJ.

13. Talon Research is informed and believes that TAEC has and continues to infringe indirectly one or more claims of the '498 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 9 of the '498 Patent, including customers of the TAEC's eMMC MCP memory products. Talon Research has provided TAEC written notice of its infringement, and TAEC also has written notice of its infringement by virtue of the filing and service of this Complaint.

14. As a result of the TAEC's acts of infringement, Talon Research has suffered and will continue to suffer damages in an amount to be proved at trial.

## SECOND CLAIM FOR RELIEF

### (Infringement of the '498 patent as to Toshiba America)

15. Talon Research incorporates by reference herein the averments set forth in paragraphs 1 through 10 above.

16. Talon Research is informed and believes that Toshiba America has and continues to infringe directly one or more claims of the '498 Patent by making, using, offering for sale, selling and/or importing the inventions covered by at least claim 9 of the '498 patent, at least by selling certain multi-chip package ("MCP") or similar memory products, including, without limitation, eMMC MCP memory products comprising one or more NAND dies and a controller in a stacked configuration, *e.g.* THGBM2G8D8FBAI8, THGBM2G9D8FBAIF, THGBM2T0DBFBAIF, THGBM4G8D4GBAIE, THGBM4G9D8GBAII and THGBM4T0DBGBAIJ.

17. Talon Research is informed and believes that Toshiba America has and continues to infringe indirectly one or more claims of the '498 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 9 of the '498 Patent, including customers of the Toshiba America's eMMC MCP memory products. Talon Research has provided Toshiba America written notice of its infringement, and Toshiba America also has written notice of its infringement by virtue of the filing and service of this Complaint.

18. As a result of the Toshiba America's acts of infringement, Talon Research has suffered and will continue to suffer damages in an amount to be proved at trial.

## THIRD CLAIM FOR RELIEF

### (Infringement of the '498 patent as to Toshiba Corp.)

19. Talon Research incorporates by reference herein the averments set forth in paragraphs 1 through 10 above.

20. Talon Research is informed and believes that Toshiba Corp. has and continues to infringe directly one or more claims of the '498 Patent by making, using, offering for sale, selling and/or importing the inventions covered by at least claim 9 of the '498 patent, at least by selling certain multi-chip package ("MCP") or similar memory products, including, without limitation,

eMMC MCP memory products comprising one or more NAND dies and a controller in a stacked configuration, *e.g.* THGBM2G8D8FBAI8, THGBM2G9D8FBAIF, THGBM2T0DBFBAIF, THGBM4G8D4GBAIE, THGBM4G9D8GBAII and THGBM4T0DBGBAIJ.

21. Talon Research is informed and believes that Toshiba Corp. has and continues to infringe indirectly one or more claims of the '498 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 9 of the '498 Patent, including customers of the Toshiba Corp.'s eMMC MCP memory products. Talon Research has provided Toshiba Corp. written notice of its infringement, and Toshiba Corp. also has written notice of its infringement by virtue of the filing and service of this Complaint.

22. As a result of the Toshiba Corp.'s acts of infringement, Talon Research has suffered and will continue to suffer damages in an amount to be proved at trial.

## FOURTH CLAIM FOR RELIEF

### (Infringement of the '246 patent as to TAEC)

23. Talon Research incorporates by reference herein the averments set forth in paragraphs 1 through 10 above.

24. Talon Research is informed and believes that TAEC has and continues to infringe directly one or more claims of the '246 Patent by making, using, offering for sale, selling and/or importing the inventions covered by at least claim 1 of the '246 patent, at least by selling products incorporating eMMC compliant controllers, including, without limitation, TAEC's eMMC Embedded Memory products, *e.g.*, THGBM2G8D8FBAI8, THGBM2G9D8FBAIF, THGBM2T0DBFBAIF, THGBM4G8D4GBAIE, THGBM4G9D8GBAII and THGBM4T0DBGBAIJ.

25. Talon Research is informed and believes that TAEC has and continues to infringe indirectly one or more claims of the '246 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 1 of the '246 Patent, including customers of TAEC's eMMC compliant controllers. Talon Research has provided TAEC written notice of its infringement, and TAEC also has written notice of its infringement by virtue of the filing and service of this Complaint.

26. As a result of TAEC's acts of infringement, Talon Research has suffered and will continue to suffer damages in an amount to be proved at trial.

### FIFTH CLAIM FOR RELIEF

**(Infringement of the '246 patent as to Toshiba America)**

27. Talon Research incorporates by reference herein the averments set forth in paragraphs 1 through 10 above.

28. Talon Research is informed and believes that Toshiba America has and continues to infringe directly one or more claims of the '246 Patent by making, using, offering for sale, selling and/or importing the inventions covered by at least claim 1 of the '246 patent, at least by selling products incorporating eMMC compliant controllers, including, without limitation, Toshiba America's eMMC Embedded Memory products, *e.g.*, THGBM2G8D8FBAI8, THGBM2G9D8FBAIF, THGBM2T0DBFBAIF, THGBM4G8D4GBAIE, THGBM4G9D8GBAII and THGBM4T0DBGBAIJ.

29. Talon Research is informed and believes that Toshiba America has and continues to infringe indirectly one or more claims of the '246 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 1 of the '246 Patent, including customers of Toshiba America's eMMC compliant controllers. Talon Research has provided Toshiba America written notice of its infringement, and Toshiba America also has written notice of its infringement by virtue of the filing and service of this Complaint.

30. As a result of Toshiba America's acts of infringement, Talon Research has suffered and will continue to suffer damages in an amount to be proved at trial.

### SIXTH CLAIM FOR RELIEF

**(Infringement of the '246 patent as to Toshiba Corp.)**

31. Talon Research incorporates by reference herein the averments set forth in paragraphs 1 through 30 above.

32. Talon Research is informed and believes that Toshiba Corp. has and continues to infringe directly one or more claims of the '246 Patent by making, using, offering for sale, selling and/or importing the inventions covered by at least claim 1 of the '246 patent, at least by selling

products incorporating eMMC compliant controllers, including, without limitation, Toshiba Corp.'s eMMC Embedded Memory products, *e.g.*, THGBM2G8D8FBAI8, THGBM2G9D8FBAIF, THGBM2T0DBFBAIF, THGBM4G8D4GBAIE, THGBM4G9D8GBAII and THGBM4T0DBGBAIJ.

33. Talon Research is informed and believes that Toshiba Corp. has and continues to infringe indirectly one or more claims of the '246 Patent by inducing others to infringe and/or contributing to the infringement by others of at least claim 1 of the '246 patent, including customers of Toshiba Corp.'s eMMC compliant controllers. Talon Research has provided Toshiba Corp. written notice of its infringement, and Toshiba Corp. also has written notice of its infringement by virtue of the filing and service of this Complaint.

34. As a result of Toshiba Corp.'s acts of infringement, Talon Research has suffered and will continue to suffer damages in an amount to be proved at trial.

**PRAYER**

WHEREFORE, Talon Research requests a judgment:

A. That TAEC has infringed one or more claims of United States Patent No. 5,581,498;

B. That Toshiba America has infringed one or more claims of United States Patent No. 5,581,498;

C. That Toshiba Corp. has infringed one or more claims of United States Patent No. 5,581,498;

D. That TAEC has infringed one or more claims of United States Patent No. 6,799,246;

E. That Toshiba America has infringed one or more claims of United States Patent No. 6,799,246;

F. That Toshiba Corp. has infringed one or more claims of United States Patent No. 6,799,246;

G. That United States Patent No. 5,581,498 is valid and enforceable;

H. That United States Patent No. 6,799,246 is valid and enforceable;

I.     Awarding to Talon Research its damages caused by TAEC's infringement of United States Patent Nos. 5,581,498, including an assessment of pre-judgment and post-judgment interest and costs;

J.     Awarding to Talon Research its damages caused by Toshiba America's infringement of United States Patent Nos. 5,581,498, including an assessment of pre-judgment and post-judgment interest and costs;

K.     Awarding to Talon Research its damages caused by Toshiba Corp.'s infringement of United States Patent Nos. 5,581,498, including an assessment of pre-judgment and post-judgment interest and costs;

L.     Awarding to Talon Research its damages caused by TAEC's infringement of United States Patent Nos. 6,799,246, including an assessment of pre-judgment and post-judgment interest and costs;

M.     Awarding to Talon Research its damages caused by Toshiba America's infringement of United States Patent Nos. 6,799,246, including an assessment of pre-judgment and post-judgment interest and costs;

N.     Awarding to Talon Research its damages caused by Toshiba Corp.'s infringement of United States Patent Nos. 6,799,246, including an assessment of pre-judgment and post-judgment interest and costs;

O.     That this is an exceptional case and awarding Talon its reasonable attorneys' fees pursuant to 35 U.S.C. § 285; and

P.     Awarding Talon Research such other and further relief as the Court may deem just and proper.

| | |
|---|---|
| Dated: September 29, 2011 | FEINBERG DAY ALBERTI & THOMPSON LLP |
| | By: _____ |
| | Ian N. Feinberg |
| | M. Elizabeth Day |
| | David Alberti |
| | Marc Belloli |
| | |
| | Attorneys for Plaintiff |
| | TALON RESEARCH, LLC |

## DEMAND FOR JURY TRIAL

Talon Research demands trial by jury for all issues so triable pursuant to Fed. R. Civ. Pro. 38(b) and Civil L.R. 3-6(a).

Dated: September 29, 2011

FEINBERG DAY ALBERTI & THOMPSON LLP

By: _____
Ian N. Feinberg
M. Elizabeth Day
David Alberti
Marc Belloli

Attorneys for Plaintiff
TALON RESEARCH, LLC