IAN N. FEINBERG (SBN 88324)
ifeinberg@feinday.com
M. ELIZABETH DAY (SBN 177125)
eday@feinday.com
DAVID ALBERTI (SBN 220625)
dalberti@feinday.com
MARC BELLOLI (SBN 244290)
mbelloli@feinday.com
**FEINBERG DAY ALBERTI & THOMPSON LLP**
401 Florence Street, Suite 200
Palo Alto, CA 94301
Telephone: 650.618.4360
Facsimile: 650.618.4368

Attorneys for Plaintiff
TALON RESEACH, LLC

FILED
SEP 29 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TALON RESEARCH, LLC,

    Plaintiff,

v.

TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA AMERICA, INC.; TOSHIBA CORPORATION,

    Defendants.

CASE NO. CV11-04819 LB

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

**DEMAND FOR JURY TRIAL**

Pursuant to Civil L.R. 3-16 and Federal Rule of Civil Procedure 7.1, the undersigned certifies that as of this date there is no such interest to report.

Dated: September 29, 2011

FEINBERG DAY ALBERTI & THOMPSON LLP

By: _____
Ian N. Feinberg
M. Elizabeth Day
David Alberti
Marc Belloli

Attorneys for Plaintiff
TALON RESEARCH, LLC