| | |
|---|---|
| IAN N. FEINBERG (SBN 88324)<br>ifeinberg@feinday.com<br>M. ELIZABETH DAY (SBN 177125)<br>eday@feinday.com<br>DAVID ALBERTI (SBN 220625)<br>dalberti@feinday.com<br>MARC BELLOLI (SBN 244290)<br>mbelloli@feinday.com<br>**FEINBERG DAY ALBERTI & THOMPSON LLP**<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>Telephone: 650.618.4360<br>Facsimile: 650.618.4368<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>TALON RESEARCH, LLC | RYAN C. NIER (SBN 243876)<br>ryannier@paulhastings.com<br>**PAUL HASTINGS LLP**<br>55 Second Street<br>Twenty-Fourth Floor<br>San Francisco, CA 94105<br>Telephone: 415.856.7226<br>Facsimile: 415.856.7100<br>(additional counsel listed below)<br><br>Attorneys for Defendants and<br>Counterclaim Plaintiffs<br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC and TOSHIBA CORPORATION |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA CORPORATION,<br><br>    Defendants.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; TOSHIBA CORPORATION,<br><br>    Counterclaim Plaintiffs,<br><br>vs.<br><br>TALON RESEARCH, LLC,<br><br>    Counterclaim Defendant. | CASE NO. CV-11-04819 WPA<br><br>[~~PROPOSED~~] **ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION** |

IT IS ORDERED THAT:

The parties shall follow the following schedule for claim construction:

| Event | Date |
|---|---|
| Exchange of proposed terms for construction (Patent L.R. 4-1) | March 19, 2012 |
| Exchange of preliminary claim constructions and extrinsic evidence (Patent L.R. 4-2) | March 26, 2012 |
| Joint claim construction and prehearing statement; No more than 6 phrases (Patent L.R. 4-3) | April 9, 2012 |
| Completion of claim construction discovery (Patent L.R. 4-4) | April 13, 2012 |
| Parties' Opening Claim Construction Briefs (Patent L.R. 4-5(a)) | April 20, 2012 |
| Parties' Responsive Claim Construction Briefs (Patent L.R. 4-5(b)) | May 9, 2012 |

IT IS SO ORDERED.

Dated: January 27, 2012.

_____
Hon. William Alsup
U.S. District Court Judge