IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TALON RESEARCH, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC., TOSHIBA AMERICA, INC., TOSHIBA CORPORATION,<br><br>    Defendants.<br>                                     / | No. C 11-04819 WHA<br><br>**ORDER GRANTING MOTION TO SEAL** |

Defendants seek permission to seal (1) portions of their reply brief, (2) portions of the Hwangbo declaration, and (3) exhibits 1 and 2 to the Azar declaration (Dkt. No. 53). These documents contain confidential research, development, and commercial information that would be harmful to defendants if known to the public and competitors. Therefore, the motion to seal is **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 7, 2012.

                                                         WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE